Ct. 227, 5 L.Ed.2d 190 (1960). We have reviewed the record and find that the District Court acted reasonably and within the proper latitude of its discretion.

In addition we have considered the allegations raised in the habeas corpus petitions and find them to be without merit.

Accordingly, the order of the District Court denying Clarence and William Holiday's applications will be affirmed.

**Billy Carl BRUMFIELD, Petitioner-Appellant,**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, Respondent-Appellee.**

**No. 30635**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Jan. 15, 1971.

Rehearing Denied Feb. 9, 1971.

Billy C. Brumfield, pro se.

---

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I.

Jack P. F. Gremillion, Atty. Gen. of La., Jack E. Yelverton, Asst. Atty. Gen., Baton Rouge, La., for appellee.

Before WISDOM, COLEMAN, and SIMPSON, Circuit Judges.

PER CURIAM:

Billy Carl Brumfield, convicted of manslaughter in the state courts of Louisiana, (State v. Brumfield, 1969, 254 La. 999, 229 So.2d 76) appeals from the denial of habeas corpus relief in the United States District Court for the Eastern District of Louisiana.

The opinion of the District Judge is reported, 1970, 317 F.Supp. 27.

We adopt the opinion below as the opinion of this Court and the judgment is

Affirmed.

**Lloyd MILLER, Plaintiff-Appellant,**

v.

**Earl FAIRCLOTH, Attorney General of the State of Florida et al., Defendants-Appellees.**

**No. 29910**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Jan. 15, 1971.

---

* Rule 18, 5th Cir.; Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I.

Robert M. Brake, Coral Gables, Fla., for plaintiff-appellant.

T. T. Turnbull, Chief Trial Counsel, Edwin F. Strickland, Asst. Atty. Gen., Tallahassee, Fla., John P. Durant, Asst. State's Atty., Miami, Fla., Thomas C. Britton, County Atty., St. Julien P. Rosemond, Asst. County Atty., Miami, Fla., for defendants-appellees.

Before WISDOM, COLEMAN, and SIMPSON, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**Earnie Lee HENDERSON, Petitioner-Appellant,**

v.

**Olin G. BLACKWELL, Warden, U. S. Penitentiary, Respondent-Appellee.**

No. 30072.

United States Court of Appeals, Fifth Circuit.

Jan. 5, 1971.

Earnie L. Henderson pro se.

Jackson R. Smith, U.S. Atty., Savannah, Ga., for respondent appellee.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

This is an appeal from the district court's denial of the appellant's motion to vacate judgments and sentences, 28 U.S.C. § 2255. We affirm.[1]

The appellant challenges his convictions for ten separate violations of the Internal Revenue liquor laws on two grounds: (1) that the statutes under which he was convicted are violative of

---

[1]. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5th Cir., 1970, 430 F.2d 966.

[1]. It is appropriate to dispose of this pro se case summarily, pursuant to this

Court's local Rule 9(c) (2), appellant having failed to file a brief within the time fixed by Rule 31, Federal Rules of Appellate Procedure. Kimbrough v. Beto, Director, 5th Cir. 1969, 412 F.2d 981.